# UNITED STATES DISTRICT COURT
## District of Minnesota

Brenda Liliana Solis Garcia,

Petitioner,

v.

David Easterwood, Todd Lyons, Kristi Noem, Pam Bondi,

Respondents.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-652 (ADM/DTS)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Brenda S.G.'s Petition for Writ of Habeas Corpus [Docket No. 1] is GRANTED as follows:

1. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. §1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. §1226.

2. Respondents are **ORDERED** to release Petitioner Brenda S.G. from custody in Minnesota immediately;

3. Respondents are **ORDERED** to immediately return Petitioner's driver's license and any other seized documents or property lawfully issued to her, so as not to impair her liberty upon release;

4. Within five days of the date of this Order, Respondents shall file notice on the docket confirming that release within Minnesota occurred;

5. Respondents are **ENJOINED** from removing, transferring, or facilitating the removal of Petitioner from the District of Minnesota prior to compliance with this Order; and

6. Within 10 days of the date of this Order, the parties shall advise the Court whether any additional proceedings in this matter are required and submit any proposals for further litigation.

Date: 2/2/2026

KATE M. FOGARTY, CLERK