# UNITED STATES DISTRICT COURT
## District of Minnesota

Brenda Liliana Solis Garcia,

Petitioner,

v.

David Easterwood, Todd Lyons, Kristi Noem, Pam Bondi,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-652 (ADM/DTS)

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based upon the 20 Status Report, this matter is now closed.

Date: 2/20/2026

KATE M. FOGARTY, CLERK